Rebecca Hufstader, Esq.
Oleksandra Byelyakova, Esq.
LEGAL SERVICES OF NEW JERSEY
100 Metroplex Drive, Suite 101
Edison, New Jersey 08818
rhufstader@lsnj.org
732-529-8236

*Attorney for Petitioner*

ROBERT FRAZER
United States Attorney
Isen Kang
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
isen.kang@usdoj.gov
(973) 645-2872

*Attorney for Respondents*

# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| Segundo MONTERO MONTERO, <br>        Petitioner, <br><br>    v. <br><br> Luis SOTO, *et al.*, <br>        Respondents. | CASE NO: 26-7365 <br><br> Hon. Michael E. Farbiarz <br><br> ELECTRONICALLY FILED |

## STIPULATED DISMISSAL

Petitioner Segundo Montero Montero notifies the Court that the parties have stipulated to dismissal of his habeas petition, ECF No. 1, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

On June 18, 2026, Mr. Montero Montero filed a habeas petition challenging the constitutionality of his ongoing detention by Immigration and Customs Enforcement (ICE) during the pendency of his immigration proceedings. However,

1

the Board of Immigration Appeals dismissed Mr. Montero Montero's appeal from an immigration decision ordering his removal. As such, he is subject to a final order of removal. Accordingly, Mr. Montero Montero no longer seeks relief from this Court and the parties stipulate to dismissal of his petition.

RESPECTFULLY SUBMITTED this 28th day of July, 2026.

/s/Rebecca Hufstader
Rebecca Hufstader, Esq.,
100 Metroplex Drive, Suite 101
Edison, NJ 08817
rhufstader@lsnj.org
732-529-8236
*Attorney for Petitioner*

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: July 28, 2026

ROBERT FRAZER
United States Attorney

/s/Isen Kang
Isen Kang, Esq.
Assistant United States Attorney
U.S. Attorney's Office
970 Broad Street, Suite 700
Newark, NJ 07102
isen.kang@usdoj.gov
(973) 645-2872
*Attorney for Respondent*

2